DISSENTING OPINION BY
Judge LEADBETTER.
I agree in large part with the well-considered majority opinion, and believe it accurately states the general rule which will control the vast majority of cases. I do believe, howevér, that content is not the only factor to be considered. Rather, I would say that if communications regarding a particular subject matter are shown to be pervasive and widespread within an agency, they may reach the level of being an activity of that agency. Showing that such communications have reached that level will, no doubt, be a difficult burden to meet and, where the content is purely personal in nature, an exceedingly rare circumstance.
Nonetheless, where a requester can meet that burden, I believe the information should be subject to disclosure. Accordingly, I would remand to the Appeals Officer to allow the Inquirer to attempt to meet this burden.
Judge COHN JUBELIRER joins in this dissenting opinion.